**1**

COLLINSON LAW
A Professional Corporation
Laura E. Inlow, State Bar No. 130584
  E-mail: inlow@collinsonlaw.net
Babak Kheiri, State Bar No. 302656
  E-mail: babak@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

**2**

**3**

**4**

**5**

**6**

Attorneys for Defendants, RICARDO HUERTA, RUDOLPH RIVERA, and
ALDO QUINTERO

**7**

**8**

**9**

# UNITED STATES DISTRICT COURT

**10**

# CENTRAL DISTRICT OF CALIFORNIA

**11**

**12**

RUFINA MOLINA, ESTATE OF LUIS
MARTINEZ, by and through successor in
interest, RUFINA MOLINA,

**13**

**14**

Plaintiffs,

**15**

v.

**16**

CITY OF LOS ANGELES; RICARDO
HUERTA, RUDOLPH RIVERA, ALDO
QUINTERO, and DOES 1 through 10,
inclusive,

**17**

**18**

**19**

**20**

Defendants.

**CASE NO. CV16-1293 ODW(ASx)**
Hon. Otis D. Wright

**ANSWER BY DEFENDANTS
RICARDO HUERTA,
RUDOLPH RIVERA, AND
ALDO QUINTERO TO
PLAINTIFFS' COMPLAINT
FOR DAMAGES AND DEMAND
FOR JURY TRIAL**

**21**

**22**

COME NOW Defendants RICARDO HUERTA, RUDOLPH RIVERA, and

**23**

ALDO QUINTERO answer the Plaintiffs' Complaint for Damages for themselves

**24**

**25**

and no other party, admit, deny and allege as follows:

**26**

1.     Answering paragraph 1, no factual allegations are made therein, and

**27**

on that basis the paragraph goes unanswered.

**28**

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

2.      Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3.      Answering paragraph 3, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

4.      Answering paragraph 4, defendants admit the allegations contained therein.

5.      Answering paragraph 5, defendants admit the allegations contained therein.

6.      Answering paragraph 6, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.      Answering paragraph 7, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

8.      Answering paragraph 8, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FACTS COMMON TO ALL COUNTS

9.      Answering paragraph 9, defendants deny the allegations contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

10.     Answering paragraph 10, defendants deny the allegations contained therein.

11.     Answering paragraph 11, defendants deny the allegations contained therein.

12.     Answering paragraph 12, defendants deny the allegations contained therein.

## FOR THE FIRST CAUSE OF ACTION

### (Based on Excessive Force/Unreasonable Seizure)

### (Violations of Civil Rights [42 U.S.C. §1983])

13.     Answering paragraph 13, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

14.     Answering paragraph 14, defendants deny the allegations contained therein.

15.     Answering paragraph 15, defendants deny the allegations contained therein.

16.     Answering paragraph 16, defendants deny the allegations contained therein.

17.     Answering paragraph 17, defendants deny the allegations contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

18. Answering paragraph 18, defendants deny the allegations contained therein.

19. Answering paragraph 19, defendants deny the allegations contained therein.

20. Answering paragraph 20, defendants deny the allegations contained therein.

## FOR THE SECOND CAUSE OF ACTION
### (Based on Interference with Familial Integrity and
### Substantive Due Process Violation)
### (Violations of Civil Rights [42 U.S.C. §1983])

21. Answering paragraph 21, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

22. Answering paragraph 22, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

23. Answering paragraph 23, defendants deny the allegations contained therein.

24. Answering paragraph 24, defendants deny the allegations contained therein.

25. Answering paragraph 25, defendants deny the allegations contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

26.     Answering paragraph 26, defendants deny the allegations contained therein.

27.     Answering paragraph 27, defendants deny the allegations contained therein.

**AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, Defendants allege each of the following:

**FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Failure To State A Cause of Action)**

1.     Defendants allege that neither the Complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

**SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Qualified Immunity - Federal)**

2.     Defendants are protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
## EACH PURPORTED CAUSE OF ACTION THEREIN
### (Contributory Negligence)

3.      Defendants allege that the decedent was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the Complaint and in each cause of action therein. These answering Defendants further allege that the damages alleged were directly and proximately caused and contributed to by the negligence of the decedent and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
## EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN
### (Statute of Limitations)

4.      Some or all of plaintiffs' claims may be barred by the Statute of Limitations.

## FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
## EACH PURPORTED STATE LAW CAUSE OF ACTION
## THEREIN
### (Reasonable Suspicion/Probable Cause)

5.      At all times relevant to this litigation, reasonable suspicion and /or probable cause existed to believe that the decedent had committed a public offense and, therefore, defendants' actions were reasonable and appropriate.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
EACH PURPORTED STATE LAW CAUSE OF ACTION
THEREIN</u>**

**(Failure to Mitigate Damages)**

6.      Plaintiffs have failed, in whole or in part, to mitigate their damages.

**<u>SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN</u>**

**(Reasonable Force)**

7.      The force used by defendants, if any, was reasonable and authorized by law. The force used against the decedent, if any, was caused or necessitated by the actions of the decedent, and/or were reasonable and necessary for the defense of others.

**<u>EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN</u>**

**(Lack of Standing)**

8.      Plaintiffs' claims may be barred because they lack standing to sue.

**<u>NINTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND
EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN</u>**

**(Good Faith)**

9.      At all times relevant herein, defendants acted in good faith, without malice, and within the scope of their duties as peace officers.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN

### (Self-Defense)

10.    The force used against decedent, if any, was caused and necessitated

by the actions of decedent, and was reasonable and necessary for self-defense.

## ELEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN

### (Defense of Others)

11.    The force used against decedent, if any, was caused and necessitated

by the actions of decedent, and was reasonable and necessary for the defense of

others.

## TWELFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN

### (Assumption of Risk)

12.    Decedent had actual knowledge of the condition and particular danger

alleged, knew and understood the degree of risk involved, and voluntarily assumed

such risk.

## THIRTEENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED STATE LAW CAUSE OF ACTION THEREIN

### (Reservation of Rights)

13.    These defendants presently have insufficient knowledge or

information upon which to form a belief as to whether they may have additional

affirmative defenses to plaintiffs' Complaint.  As such, defendants reserve the right

-8-

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  to assert additional defenses in the event that discovery indicates that such defenses

2  are appropriate.

3  **DEMAND FOR JURY TRIAL**

4

5  Defendants hereby demand and request a trial by jury in this matter.

6  WHEREFORE, Defendants pray for judgment as follows:

7  1.  That Plaintiffs take nothing by this action;

8

9  2.  That the action be dismissed;

10  3.  That Defendants be awarded costs of suit;

11  4.  That Defendants be awarded other and further relief as the Court may

12

13  deem just and proper, including an award of attorney fees pursuant to

14  42 U.S.C. §1988.

15  DATED:  April 1, 2016          COLLINSON LAW

16                                                A Professional Corporation

17                                    By:  _____/s/_____

18                                           Laura E. Inlow, Esq.
                                           Babak Kheiri, Esq.
19                                           Attorneys for Defendants,
                                           RICARDO HUERTA,
20                                           RUDOLPH RIVERA, and
                                           ALDO QUINTERO
21

22

23

24

25

26

27

28

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

-9-
DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT