CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| RUFINA MOLINA; ESTATE OF LUIS MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; RICARD HUERTA; RUDOLPH RIVERA; ALDO QUINTERO; and DOES 1–10, inclusive,<br><br>Defendants. | Case № 2:16-cv-01293-ODW(ASx)<br><br>**JUDGMENT** |

On February 24, 2016, Plaintiffs Rufina Molina and Estate of Luis Martinez (by and through its successor, Rufina Molina) filed a Complaint against Defendants City of Los Angeles, Ricardo Huerta, Rudolph Rivera, and Aldo Quintero (collectively, "Defendants"). (ECF No. 1.) On March 7, 2017, the Court granted Defendants' Motion for Summary Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  Plaintiffs Rufina Molina and Estate of Luis Martinez shall recover nothing from Defendants, and their claims against Defendants are dismissed on the merits and with prejudice; and

/ /

/ /

2. Defendants shall recover their costs from Plaintiffs as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

March 7, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**
